THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Harold F. MacGilvray, III, (Lead Plaintiff), et al.<br><br>    Plaintiffs<br><br>v.<br><br>City of Medford, et al.,<br><br>    Defendants, | USDC Case No. 06-10909-NMG |

**JOINT STIPULATION AND DISMISSAL**

Now come the parties to the above entitled action and stipulate and agree as follows:

1. Consistent with and subject to modification of the Fair Labor Standards Act, the City of Medford Police Department work period was established at a twenty eight (28) day work period effective April 1, 1985 and continuing.

2. The above-captioned matter is dismissed with prejudice, designated as on the merits, without costs, pursuant to resolution of a collective bargaining agreement dated December 31, 2008, by and between City of Medford and Medford Police Patrolmen's Association resolving prospective claims by adding a sum to the patrolmen's base.

3. The parties hereto waive all rights to appeal.

| | |
|---|---|
| Respectfully submitted,<br>For Plaintiffs,<br>By Plaintiffs' Counsel: | Respectfully Submitted,<br>For Defendants,<br>By Defendants' Counsel: |
| s/ Jack J. Canzoneri<br>Jack J. Canzoneri, BBO #564 126<br>McDonald, Lamond & Canzoneri<br>153 Cordaville Road, Suite 210<br>Southborough, Massachusetts 01772<br>(508) 485-6600 | s/ Paul L. Kenny<br>Paul L. Kenn y, BBO #268820<br>Law Offices Of Paul Kenny<br>42 High Street,<br>Medford, Massachusetts 02155<br>(781) 396-6603 |

## CERTIFICATE OF SERVICE

     I, Paul L. Kenny, hereby certify that I have this day via the Electronic Case File system, served a copy of the forgoing upon Jack J. Canzoneri, Esq., McDonald, Lamond & Canzoneri 153 Cordaville Road, Suite 310 Southborough, Massachusetts 01772, counsel for the Plaintiffs in the above- captioned matter.

Dated: January 14, 2009            /s/ *Paul L Kenny*
                                           Paul L. Kenny